KIMBERLY A. SANCHEZ
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS NOE HERNANDEZ ROJO,<br>JESUS EFREN HERAS CORRALES,<br>DANIEL ECHEVERRIA,<br>JOSE RESENDIZ, AND<br>DONIS ARIEL MALDONADO,<br><br>Defendants. | CASE NO. 1:21-CR-00027-JLT-SKO ____<br><br>UNITED STATES' MOTION AND ORDER TO UNSEAL REDACTED COPY OF INDICTMENT |

The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure to unseal the indictment in this matter. The indictment was previously unsealed as to defendants Luis Noe Hernandez and Donis Ariel Maldonado. There no longer exists any reason to keep the indictment under seal as it pertains to the remaining defendants. Defendant Daniel Echeverria will be transported to this district in the near future following a conviction that he sustained in the Central District of California. The other defendants are fugitives, whose whereabouts are unknown.

/ / /

/ / /

1

Based on the foregoing, the United States respectfully requests that the indictment be unsealed and made public record.

Dated: August 1, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the indictment in the above-captioned matter be unsealed.

IT IS SO ORDERED.

Dated:  **August 4, 2025**           /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE